**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DANIEL L WASSEL | Case No. 13-24717CMB |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| AFNI INC**++ | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

BAD ADDRESS

AFNI INC**++
404 BROCK DR
POB 3667
BLOOMINGTON, IL 61702-3667

Court claim# 3/Trustee CID# 7

The Movant further certifies that on 09/14/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
DANIEL L WASSEL, 1804 FREEPORT ROAD, NEW KENSINGTON, PA  15068

DEBTOR'S COUNSEL:
KENNETH M STEINBERG ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
AFNI INC**++, 404 BROCK DR, POB 3667, BLOOMINGTON, IL 61702-3667

NEW CREDITOR: