# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  DANIEL L WASSEL | Case No.13-24717CMB |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>  vs.<br>DANIEL L WASSEL | Chapter 13 |
| | Document No. 70 |
| Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __14th__ day of November, 20 18, it is hereby ORDERED, ADJUDGED, and DECREED that,

The Bank Of New York Mellon
Attn: Payroll Manager
3012 Bny Mellon Center
Pittsburgh, PA 15258-

is hereby ordered to immediately terminate the attachment of the wages of DANIEL L WASSEL, social security number XXX-XX-0809. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DANIEL L WASSEL.

F̶U̶R̶T̶H̶E̶R̶ ̶O̶R̶D̶E̶R̶E̶D̶:

BY THE COURT:

*Carlota M. Böhm*  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer

FILED
11/14/18 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 13-24717-CMB
Daniel L Wassel                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: gamr                 Page 1 of 1              Date Rcvd: Nov 14, 2018
                              Form ID: pdf900            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
```
db            +Daniel L Wassel,    1804 Freeport Road,   New Kensington, PA 15068-4004
              +The Bank of New York Mellon,   Attn: Payroll Manager,   3012 Bny Mellon Center,
                Pittsburgh, PA 15258-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               andygornall@latouflawfirm.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, N.A. bankruptcy@udren.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Daniel L Wassel julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```